UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM DOUGLAS BRANKS,<br>  Plaintiff,<br>  v.<br>JOB, et al.,<br>  Defendants. | Case No. 19-03088 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2019, the Court dismissed the complaint with leave to amend within twenty-eight days, i.e., no later than November 8, 2019. (Docket No. 8.)

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 11/22/2019

EDWARD J. DAVILA
United States District Judge

p:pro-se\ejd\cr-19\3088Branks-Dism

2